C.H.C.

v.

C.G.C.–F

**3329 EDA 2016**

Superior Court of Pennsylvania.

06/08/2017

Reargument Denied 7/26/2017

No. 1407V7250 (Philadelphia)

Appeal Dismissed

COM.

v.

**KELLY, A.**

**928 MDA 2016**

Superior Court of Pennsylvania.

06/08/2017

CP–38–CR–0001436–2010 (Lebanon)

Affirmed

T.M.B.

v.

B.S.W.

**1248 MDA 2016**

Superior Court of Pennsylvania.

06/08/2017

1280 DR 2009, PACSES No. 817110975 (Dauphin)

Vacated/Remanded

COM.

v.

**RIZOR, J.**

**291 WDA 2016**

Superior Court of Pennsylvania.

06/08/2017

CP–63–CR–0002637–2004 (Washington)

Vacated/Remanded